UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GEORGE KERSEY,<br>        Plaintiff,<br><br>        v.<br><br>STAPLES, et al.,<br>Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No.<br>)   17-11267-NMG<br>)<br>)<br>)<br>)<br>) |

ORDER OF DISMISSAL

For the reasons stated in the May 2, 2018 Memorandum and Order, this action is DISMISSED without prejudice for lack of subject matter jurisdiction.

                                ROBERT M. FARRELL
                                CLERK OF COURT

Dated: 05/02/2018               By /s/ Christine Lima
                                        Deputy Clerk